24-2573
Selene Danielle Arriaga v. Thomas J. Dart, et al "Argument

AMENDED
availability notice as to One of Plaintiff's Attorneys:
Christopher Cooper

No availability:

August 18-September 12, 2025

October 6-November 4, 2025

December 23, 2025

November 25-December 1, 2025

January 2-30, 2026

Respectfully,

s\Christopher Cooper, One of Plaintiff's Attorneys
426 N Broad Street, Griffith, IN 46319
312 473 2968 or 219 228 4396 cooperlaw3234@gmail.com

CERTIFICATE OF SERVICE: The undersigned certifies that he filed the foregoing in the Seventh Circuit's ECF system on 6-26-2025, and that Defendants are registered e-filers. /s/Christopher Cooper