<u>24-2573</u>

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

| | |
|---|---|
| Selene Danielle Arriaga, )    Plaintiff, ) 20cv44048 | |
| v. ) Judge Kendall ) | |
| Thomas J. Dart, et al., )    Defendants. ) | |

<u>PLAINTIFF\APPELLANT'S MOTION TO WITHDRAW AS COUNSEL</u>

NOW COMES Movant Christopher Cooper (inclusive of the corporation known as the Law Office of Christopher Cooper, Inc.), the attorney for Plaintiff-Appellant, and moves the 7th Circuit to permit him to withdraw as counsel for Plaintiff.

(1) The instant matter is fully briefed and that oral argument has already occurred.

(2) The parties are awaiting the 7th Circuit's ruling.

(3) On February 28, 2026, the Movant notified the Plaintiff that he (Movant) will be unable to continue to represent her because the Movant has accepted an appointment effective March 23, 2026. Pursuant to Movant's new duties, he is not permitted to continue his private law practice.

(4) In discourse the Plaintiff expressed that she understood that Attorney Cooper needs to withdraw and that upon his withdrawal, he will no longer be one of her attorneys.

(5) Plaintiff is represented by a second attorney. The attorney is Gianna Basile. Ms. Basile is in the process of seeking Trial Board membership.

1

(6) The Plaintiff is a police officer and for that reason it would not be prudent to list her mailing address in this motion. Listing the address will endanger her. In this regard, the Movant suggests and or requests that the Court order that Movant provide the clerk's office with a mailing address for the Plaintiff and or that Plaintiff is contacted by email at: SELENE.ARRIAGA1102@gmail.com

(7) The Movant will provide the Plaintiff with a copy of this motion at the time of its filing as well as he will promptly provide the Court's order when it is issued.

**WHEREFORE,** Movant Cooper requests that the Court allow him (inclusive of the corporation known as the Law Office of Christopher Cooper, Inc.) to withdraw as counsel in the instant matter.

Respectfully Submitted,
s\Christopher Cooper, ESQ., Plaintiff's Counsel
Law Office of Christopher Cooper, INC.
426 N. Broad Street, Griffith, Indiana 46319
Tel: 312 473 2968; 219 228 4396 FAX: 866 334 7458; E-Mail: cooperlaw3234@gmail.com

CERTIFICATE OF SERVICE: The undersigned certifies that he filed the foregoing in the Seventh Circuit's ECF system on 3-2-2026, and that Defendant is a registered e-filer. /s/Christopher Cooper