# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

March 3, 2026

*By the Court:*

| | |
|---|---|
| No. 24-2573 | SELENE DANIELLE ARRIAGA,<br>Plaintiff - Appellant<br><br>v.<br><br>THOMAS J. DART, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:20-cv-04498<br>Northern District of Illinois, Eastern Division<br>District Judge Virginia M. Kendall | |

Upon consideration of the **PLAINTIFF/APPELLANT'S MOTION TO WITHDRAW AS COUNSEL**, filed on March 2, 2026, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED**. Attorney Christopher Cooper may withdraw from further representation of the appellant in this matter. Attorney Gianna S. Basile will proceed as counsel of record for appellant Selene Danielle Arriaga. As lead counsel, attorney Gianna S. Basile is reminded she must be admitted to practice in this court. See Cir. R. 46. Within seven days, attorney Basile shall file her application for admission. The "Application for Admission to Practice in the Seventh Circuit" form can be found at https://www.ca7.uscourts.gov/assets/pdf/applctn.pdf. The filing of the completed application must be accomplished via the CM/ECF filing system.

form name: **c7_Order_BTC**   (form ID: **178**)