# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

April 1, 2026

*By the Court:*

| | |
|---|---|
| No. 24-2573 | SELENE DANIELLE ARRIAGA,<br> Plaintiff - Appellant<br><br>v.<br><br>THOMAS J. DART, et al.,<br> Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 1:20-cv-04498 |
| Northern District of Illinois, Eastern Division |
| District Judge Virginia M. Kendall |

On March 3, 2026, the court instructed attorney Gianna S. Basile to apply for admission to practice in the Seventh Circuit by March 10, 2026. Attorney Basile has yet to file her application for admission. Accordingly,

**IT IS ORDERED** that attorney Gianna S. Basile must file her application for admission by April 8, 2026.

form name: **c7_Order_BTC**    (form ID: **178**)