# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

SELENE DANIELLE ARRIAGA,      )
        Plaintiff,        )    Case No. 2020-cv-4498
     v.        )    The Hon. Judge Virginia Kendall
THOMAS J. DART, et al.,      )    Magistrate Judge Maria Valdez

        Defendants

### Statement to the Court Re: Bar Membership

Undersigned counsel respectfully submits this statement to advise the Court of ongoing efforts to ensure compliance with the Court's order regarding admission to the Bar of the United States Court of Appeals for the Seventh Circuit.

1. Counsel has made multiple attempts to complete the attorney registration process through the Seventh Circuit's electronic filing system. Specifically, counsel attempted registration using both Safari and Microsoft Edge browsers, which are among the browsers recommended by the Court's ECF system.

2. In each instance, after uploading the completed application, the payment portal failed to process or respond when counsel attempted to submit payment. No error message was generated, and no confirmation of submission was received. Counsel further disabled pop-up blockers and all other privacy and security browser extensions, yet the payment portal still failed to respond.

3. Upon further investigation, counsel accessed the maintenance tab of her ECF account, which reflects that, according to the Court's own records, counsel is listed as a registered bar member. Counsel is unable to independently confirm at this time whether a prior registration was completed, and accordingly submits this statement out of an abundance of caution to ensure full compliance with the Court's order.

1



**4.** Counsel intends to contact the Seventh Circuit's technical support office to resolve any discrepancy and to confirm her registration status. Counsel will promptly notify the Court of the outcome of that inquiry and will take any additional steps necessary to ensure compliance.

Respectfully submitted,

s/ Gianna Scatchell Basile, Esq.

GB Law
1821 W. Hubbard Street, Suite 209
Chicago, Illinois 60622
Tel: (312) 248-3303
Email: gb@lawfirm.gs

## **CERTIFICATE OF SERVICE**

I, Gianna Scatchell Basile, an attorney, hereby certify that on April 9, 2026, I caused the foregoing Statement to the Court Re: Bar Membership to be filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record registered to receive electronic notices in this case.

/s/ Gianna Scatchell Basile

Gianna Scatchell Basile, Esq.
Attorney for Plaintiff

3