# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

April 13, 2026

*By the Court:*

| | |
|---|---|
| No. 24-2573 | SELENE DANIELLE ARRIAGA,<br>Plaintiff - Appellant<br><br>v.<br><br>THOMAS J. DART, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:20-cv-04498<br>Northern District of Illinois, Eastern Division<br>District Judge Virginia M. Kendall | |

Upon consideration of the **STATEMENT TO THE CORUT RE: BAR MEMBERSHIP**, filed on April 9, 2026, by counsel for the appellant,

**IT IS ORDERED** that attorney Gianna S. Basile shall file her application for admission to practice by no later than April 20, 2026. If counsel needs assistance, she may contact the clerk's office.

form name: **c7_Order_BTC**    (form ID: **178**)